| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Kozinski, Alex | 2. Court or Organization<br><br>Ninth Circuit Court of Appeals | 3. Date of Report<br><br>07/11/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>Circuit Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial  ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>125 S. Grand Avenue<br>Suite 200<br>Pasadena, CA 91105 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | All Limited Partnerships | Reported in Section VII |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kozinski, Alex | 07/11/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2/29/12 | Florida Coastal School of Law - Lecture Fee | $3,000.00 |
| 2. 3/27/12 | Northwestern Law School - Lecture Fee | $10,000.00 |
| 3. 4/9/12 | University of Miami - Lecture Fee | $5,000.00 |
| 4. 5/2/12 | Connecticut Bar Assoc. - Lecture Fee | $1,000.00 |
| 5. 6/30/12 | Colorado Bar Assoc. - Lecture Fee | $3,000.00 |
| 6. 10/31/12 | Georigia State Univ. College of Law - Lecture Fee | $2,500.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 12/31/12 | Self-employed attorney |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Association of Business Trial Lawyers | Jan. 17 | Los Angeles | Speaking Engagement | Lunch |
| 2. | ACLU of Alaska | Jan. 21-22 | Anchorage Alaska | Speaking Engagement | Travel & Lodging |
| 3. | American Intellectual Property Law Assoc. | Jan. 25-27 | Las Vegas, NV. | Speaking Engagement | Travel & Lodging for Self and Spouse |
| 4. | Stanford Law Review Symposium | Feb. 3-4 | Palo Alto, CA | Speaking Engagement | Travel & Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kozinski, Alex** | 07/11/2013 |

| | | | | |
|---|---|---|---|---|
| 5. | American Bar Association | Feb. 17-19 | Carlsbad, CA | Speaking Engagement | Travel & Lodging |
| 6. | Hispanic Bar Assoc. of Arizona | Feb. 21 | Tucson, AZ | Speaking Engagement | Travel |
| 7. | Florida Coastal School of Law | Feb. 29-Mar.2 | Jacksonvill, FL | Speaking Engagement | Travel & Lodging |
| 8. | Federal Bar Association | March 21 | San Francisco | Speaking Engagement | Lunch |
| 9. | Fordham Law School | March 24-25 | New York, NY | Moot Court | Travel & Lodging |
| 10. | Columbia Law School | March 26-27 | New York, NY | Moot Court | Travel & Lodging |
| 11. | Northwestern Law School | March 27-30 | Chicago, IL | Speaking Engagement | Travel & Lodging |
| 12. | Univ. Of Tennessee | March 30-31 | Knoxville, TN | Speaking Engagement | Travel & Lodging |
| 13. | Federal Bar Assoc. | April 5 | Los Angeles, CA | Speaking Engagement | Lunch |
| 14. | University of Miami | April 9-11 | Miami, FL | Speaking Engagement | Travel & Lodging |
| 15. | Univ. of Oregon School of Law | April 12-13 | Eugene, OR | Speaking Engagement | Travel & Lodging |
| 16. | Fund for American Studies | April 20-21 | Sonoma, CA | Speaking Engagement | Travel & Lodging |
| 17. | Connecticut Bar Assoc. | May 2-4 | Hartford, CT | Speaking Engagement | Travel & Lodging |
| 18. | Anonymity & Identity in the Information Age Conference | May 4-5 | New York, NY | Speaking Engement | Travel & Lodging |
| 19. | Colorado Bar Assoc. | May 30-31 | Denver, CO | Speaking Engagement | Travel & Lodging |
| 20. | Electronic Privacy Information Center | June 10-12 | Washington, D.C. | Speaking Engagement | Travel & Lodging |
| 21. | Legal Studies Institute | June 13 | Washington, D.C. | Speaking Engagement | Lodging |
| 22. | American Constitution Society | June 14-16 | Washington, D.C. | Speaking Engagement | Travel & Lodging |
| 23. | ACLU | July 13 | Los Angeles, CA | Speaking Engagement | Lunch |
| 24. | Lochinvar Luncheon | July 26 | Los Angeles, CA | Speaking Engagement | Lunch |
| 25. | Univerisy of Michigan School of Law | Sept. 12-13 | Ann Arbor, MI | Speaking Engagement | Travel & Lodging |
| 26. | Federalist Society Lawyer's Chapter | Sept. 13 | Dallas, TX | Speaking Engagement | Travel |
| 27. | Berkeley Law School | Oct. 23 | Berkeley, CA | Speaking Engagement | Local Travel & Dinner |
| 28. | University of Minnesota Law School | Oct. 25-26 | Minneapolis, MN | Speaking Engagement | Travel & Lodging |
| 29. | Georgia State Univ. College of Law | Oct. 31-Nov. 1 | Atlanta, GA | Speaking Engagement | Travel & Lodging |
| 30. | AJC Los Angeles | Nov. 7 | Beverly Hills, CA | Speaking Engagement | Dinner |

| Name of Person Reporting | Date of Report |
|---|---|
| Kozinski, Alex | 07/11/2013 |

| | | | | |
|---|---|---|---|---|
| 31. SMU Dedman School of Law | Nov. 15-16 | New Orleans, LA | Speaking Engagement | Travel & Lodging |
| 32. Federalist Society | Nov. 16-17 | Washington, D.C. | Speaking Engagement | Travel & Lodging |
| 33. Univ. of Pennsylvania | Nov. 26-27 | Philadelphia, PA | Speaking Engagement | Travel & Lodging |
| 34. Harvard Federalist Society | Nov. 27-29 | Cambridge, MA | Speaking Engagement | Travel & Lodging |
| 35. Yale Federalist Society | Nov. 29-30 | New Haven, CT | Speaking Engagement | Travel & Lodging |
| 36. | | | | |
| 37. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kozinski, Alex | 07/11/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kozinski, Alex | 07/11/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.      SANMINA-SCI | A | Dividend | J | T | | | | | |
| 2.      STANCORP | A | Interest | J | T | | | | | |
| 3. DREYFUS MUNI MONEY MARKET FUND | B | Interest | M | T | | | | | |
| 4. SCHWAB MONEY MARKET FUND | A | Interest | J | T | | | | | |
| 5. ["SCHWAB MONEY MARKET FUND(SWMXX) | A | Interest | J | T | | | | | |
| 6. Fidelity Cash Reserves(FDRXX) | A | Interest | K | T | | | | | |
| 7. ARNA | A | Dividend | J | T | Buy | 06/28/12 | J | | |
| 8. TIP | A | Dividend | K | T | | | | | |
| 9. HYG | A | Dividend | K | T | | | | | |
| 10. GDX | A | Dividend | J | T | Sold (part) | 6/28/12 | J | A | |
| 11. | | | | | Sold (part) | 07/12/12 | K | A | |
| 12. BND | A | Dividend | J | T | | | | | |
| 13. VWO | A | Dividend | K | T | | | | | |
| 14. VGK | A | Dividend | K | T | | | | | |
| 15. VPL | A | Dividend | K | T | | | | | |
| 16. VNQ | A | Dividend | J | T | | | | | |
| 17. VB | A | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kozinski, Alex | 07/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. VTI | A | Dividend | K | T | | | | | |
| 19. (PTR) HISTORIC PRE. PROP. | A | Interest | J | U | | | | | |
| 20. (PTR) WINGATE HSG. II | A | Interest | J | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kozinski, Alex | 07/11/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Alex Kozinski**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# ALEX KOZINSKI
## Chief Judge